UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00079-FDW

| | | |
|---|---|---|
| MICHAEL L. PRATER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| NANCY A BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Plaintiff's Consent Motion for Attorney's Fees (Doc. No. 17). Upon stipulation and agreement of the parties, the motion is GRANTED.

IT IS THEREFORE ORDERED that Defendant pay to Plaintiff $3000.00 in attorney fees in full satisfaction of any and all claims arising under Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), $20.01 in expenses and $400.00 in filing fees. Such payment should be sent to: McChesney & McChesney, P.C., 188 Alabama Street, Spartanburg, SC 29303

Provided that counsel for Plaintiff has a valid fee assignment and that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Paul McChesney, and mailed to the office address above in accordance with Plaintiff's assignment to counsel of his right to payment of attorney fees under EAJA.

IT IS SO ORDERED.

Signed: September 20, 2017

Frank D. Whitney
Chief United States District Judge